| 1. Person Reporting (last name, first, middle initial)<br><br>Rothstein, Barbara J. | 2. Court or Organization<br><br>Federal Judicial Center | 3. Date of Report<br><br>07/31/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>US District Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>Federal Judicial Center<br>Washington, D.C. 20002 | 8. On the basis of the Information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Rothstein, Barbara J.

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 07/31/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Medical Faculty Associates, Wages |
| 2. | 2009 | Self Employed Consultant Fees |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke Law Journal's Conference | January 5-6, 2009 | Raleigh-Durham, NC | Speaker, Panel Participant | Transportation, Lodging |
| 2. | ALI-ABA ROLI Board Meeting | February 11-13, 2009 | Boston, MA | Meeting | Transportation, Meals, Lodging |
| 3. | 2009 Byrne Judicial Clerkship Institute | March 19-21, 2009 | Malibu, CA | Speaker, Panel Participant | Transportation |
| 4. | The Rutter Group | June 4, 2009 | Seattle, WA | Speaker, Panel Participant | Transportation,Meals |
| 5. | Aspen Institute | July 10-16, 2009 | Aspen, CO | Speaker, Panel Participant | Lodging, Meals |
| 6. | ROLI Board Meeting | July 31, 2009 | Chicago, IL | Meeting | Transportation, Lodging, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 07/31/2010 |

| | | | | |
|---|---|---|---|---|
| 7. Sedona Conference Judicial Advisory | August 27-29, 2009 | New York, NY | Meeting | Transportation, Lodging, Meals |
| 8. The State Department/Fordham University - Judicial Training for Judges in Africa | September 19-October 2, 2009 | Uganda, Rwanda, Kenya | Participant | Transportation, Lodging, Meals |
| 9. WSTLA Legal Education Seminars, Inc. | October 7-9, 2009 | Seattle, WA | Speaker | Transportation, Lodging, Meals |
| 10. 4th IOJT Conference | October 23-30, 2009 | Sydney, Australia | Participant | Transportation, Lodging, Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 07/31/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 07/31/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Amcol Common | A | Dividend | J | T | | | | | |
| 2. El Paso Corp. | A | Dividend | J | T | | | | | |
| 3. Equitable Resources Common | A | Dividend | K | T | | | | | |
| 4. Motorola Inc Common | A | Dividend | J | T | | | | | |
| 5. New York Muni Income | A | Int./Div. | J | T | | | | | |
| 6. American Euro Pacific Growth Fnd C | A | Dividend | K | T | | | | | |
| 7. American New World Fnd C | A | Dividend | K | T | | | | | |
| 8. US Bancorp Account | A | Interest | J | T | | | | | |
| 9. Chevy Chase Bank Account | A | Interest | J | T | | | | | |
| 10. NA Properties Ltd Partnership | B | Distribution | J | U | | | | | |
| 11. Rental House Redmond,WA (1999 $172,000) | E | Rent | M | R | | | | | |
| 12. New Horizon Capital III, LP | D | Distribution | M | U | | | | | |
| 13. Rental Townhouse Strasburg, VA (2009 $135,000) | D | Rent | M | R | | | | | |
| 14. America Movil Ads | B | Dividend | M | T | | | | | |
| 15. Bank One Capital Trust VI | B | Interest | K | T | | | | | |
| 16. Elan Corp. Common | | None | J | T | | | | | |
| 17. Emulex Corp. Common | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 07/31/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Microsoft Corp. Common | C | Dividend | M | T | | | | | |
| 19. 3M Company | B | Dividend | L | T | | | | | |
| 20. XCel Energy | A | Dividend | J | T | | | | | |
| 21. PPL Corp. | A | Dividend | J | T | | | | | |
| 22. Life Technologies Corp | | None | K | T | | | | | |
| 23. Costco Wholesale Corp. Common | A | Dividend | L | T | | | | | |
| 24. Western Asset III Inc. | B | Dividend | K | T | | | | | |
| 25. Starbucks Common | C | Dividend | M | T | | | | | |
| 26. Telefonos De Mexico Common | B | Dividend | K | T | | | | | |
| 27. Telmex International | A | Dividend | K | T | | | | | |
| 28. Pennzoil Co Bonds | B | Dividend | | | Redeemed | 11/16/09 | J | | |
| 29. Nuveen Quality Preferred Income FD | A | Interest | J | T | | | | | |
| 30. Bancorpsouth Cap Tr. Preferred | B | Interest | K | T | | | | | |
| 31. 3Com Corp Common | | None | K | T | | | | | |
| 32. Home Depot Inc. Common | A | Dividend | K | T | | | | | |
| 33. General Electric Co. Common | B | Dividend | K | T | | | | | |
| 34. Morgan Stanley Cap. Trust | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 07/31/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. CHS Cooperatives Preferred | B | Dividend | K | T | | | | | |
| 36. CEPS Gov't&Agency Funds | A | Dividend | M | T | | | | | |
| 37. CMS Energy | A | Dividend | J | T | | | | | |
| 38. Pioneer Floating Rate Trust (PHD) | B | Dividend | J | T | | | | | |
| 39. Eaton Vance Enhanced Equity Income Fund | B | Dividend | K | T | | | | | |
| 40. Eaton Vance Enhanced Equity Income Fd II | E | Interest | M | T | | | | | |
| 41. RMR Preferred Dividend Fund | A | Dividend | J | T | | | | | |
| 42. Dreyfus Premier Greater China Fund | | None | K | T | | | | | |
| 43. Eaton Vance Greater China Fund Cl A | A | Dividend | K | T | | | | | |
| 44. Visa Inc | A | Dividend | M | T | | | | | |
| 45. IBM | B | Dividend | M | T | | | | | |
| 46. NJF Dividend Interest Premium Strategy Fund | B | Dividend | K | T | | | | | |
| 47. Dell, Inc | | None | J | T | | | | | |
| 48. ETrade Money Market Funds | A | Interest | K | T | | | | | |
| 49. Cybersource Corp. Common | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 07/31/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Rothstein, Barbara J. | 07/31/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544